IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

NUE CHEER FRANKLIN,              )
                                 )
    Plaintiff,                   )
                                 )     CIVIL ACTION NO.
    v.                           )      2:09cv109-MHT
                                 )
GARDEN STATE LIFE                )
INSURANCE, et al.,               )
                                 )
    Defendants.                  )

                          ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

    (1) The objections (Doc. No. 66) are overruled.

    (2) The magistrate judge's recommendation (Doc. No. 65) is adopted.

    (3) The motion for extension of time (Doc. No. 57) is granted.

    (4) Plaintiff is allowed 30 days from the date of this order to effectuate service properly on defendant American National Insurance Company.

(5) The motions to dismiss (Doc. Nos. 54 & 62) are denied without prejudice.

(6) This cause is referred back to the United States Magistrate Judge for additional proceedings.

DONE, this the 13th day of July, 2009.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE