IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **NUE CHEER FRANKLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv109-MHT |
| | ) | (WO) |
| **GARDEN STATE LIFE** | ) | |
| **INSURANCE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit arising out of a dispute over life insurance benefits. This lawsuit is now before the court on the well-reasoned recommendation of the United States Magistrate Judge that the plaintiff's motion to set aside settlement agreement should be denied and the defendants' motion to enforce settlement and dismiss case with prejudice should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the entire record, the court concludes that

plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of February, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**