IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NUE CHEER FRANKLIN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv109-MHT |
| | ) | (WO) |
| GARDEN STATE LIFE | ) | |
| INSURANCE, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 126) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 125) is adopted.

(3) The plaintiff's motion to set aside settlement (Doc. No. 115) is denied.

(4) The defendants' motion to enforce settlement and dismiss with prejudice (Doc. No. 116) is granted.

(5) All other motions are denied as moot.

(6) The settlement is enforced and this lawsuit is dismissed in its entirety with prejudice.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of February, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**